

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00361-CR

| | | |
|---|---|---|
| Diannia Shirlene Overstreet | § | From the 355th District Court |
| | § | of Hood County (CR11614) |
| v. | § | May 30, 2013 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the payment terms listed as terms and conditions "A." and "B." in the judgment as grounds for the revocation and adjudication. We further modify the judgment to reflect that Appellant's sentence is fifteen years' confinement as orally pronounced by the trial court. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel